UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARATH PHANN,

                Petitioner,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C23-1682 TMC-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's application to proceed in forma pauperis (Dkt. 1) is DENIED; and

(3) Petitioner's action is DISMISSED without prejudice for failure to prosecute.

Dated this 18th day of March, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1